# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WAYNE SEKERKE,<br><br>                   Petitioner,<br><br>v.<br><br>WILLIAM GORE, Sheriff,<br><br>                   Respondent. | Case No.: 3:20-cv-1998-JLS-MSB<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

      Petitioner, a state prisoner proceeding pro se, has submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. Petitioner has $0.08 on account at the California correctional institution in which he is presently confined. Petitioner cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis and allows Petitioner to prosecute the above-referenced action without being required to prepay fees or costs and

///
///
///
///
///
///

1

without being required to post security.  The Clerk of the Court shall file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.

     **IT IS SO ORDERED.**

Dated:  December 29, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge